**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff,* | : | |
| v. | : | C.A. No. 07-266S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant.* | : | |

**RHODE ISLAND CARPENTERS' PENSION PLAN'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

Now comes Defendant, by and through it attorneys, and states:

**I. Parties**

1. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1; therefore, it denies these allegations.

2. Admit.

**II. Jurisdiction**

3. Paragraph 3 is a conclusion of fact to which no response is required.

4. Admit.

**III. Factual Background**

5. Defendant admits that the Plan is an employee benefit plan as that term is defined by ERISA. Defendant denies that plaintiff was, at all relevant times, a participant in the Plan.

6. Admit.

7. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7; therefore, it denies these allegations.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Defendant admits that plaintiff filed suit in this Court against the Plan for disability pension benefits. Defendant denies the remaining allegations of paragraph 12.

13. Admit.

14. Admit.

15. Admit.

16. Defendant admits that Mr. Souza advised the Fund that his claim is deemed denied pursuant to ERISA regulations. Defendant denies the remaining allegations of paragraph 16.

17. Deny.

18. Deny.

**COUNT I – DISABILITY PENSION BENEFITS**

19. Defendant incorporates its Answers to paragraphs 1 through 18 as if set forth fully herein.

20. Deny.

21. Deny.

22. Deny.

**Prayer for Relief**

WHEREFORE, Defendant respectfully requests that this Honorable Court deny and dismiss Plaintiff's Complaint and award Defendant its attorneys' fees and costs.

Rhode Island Carpenters
Pension Fund
By its attorney,

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief may be granted.

2. Plaintiff failed to exhaust administrative remedies.

3. The Complaint is premature.

4. Plaintiff lacks standing.

5. The Complaint is moot.

6. The Complaint is barred by the applicable statute of limitations.

7. The Complaint is barred by the doctrines of waiver, estoppel and/or laches.

8. The Complaint is barred by the doctrines of res judicata and/or collateral estoppel.

Rhode Island Carpenters
Pension Fund
By its attorney,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Answer on July 30, 2007. The Answer is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Catherine A. Shaghalian
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ Elizabeth Wiens