UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY SOUZA, Plaintiff | ) | C.A. No. 07-266/S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Plaintiff Barry Souza moves pursuant to F.R.C.P. 15(d) for leave to file a supplemental complaint on the grounds set forth in the accompanying memorandum of law.

Plaintiff files herewith the proposed supplemental complaint, attached as Exhibit A.

/s/ Catherine A. Shaghalian
Brooks R. Magratten, No. 3585
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: August 1, 2007

## CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Motion on August 1, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/ Catherine A. Shaghalian

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY SOUZA, Plaintiff | ) | C.A. No. 07-266/S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Plaintiff Barry Souza moves pursuant to F.R.C.P. 15(d) for leave to file a supplemental complaint.

Rule 15(d) provides that upon motion of a party the court may permit the party to "serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented." Courts generally assess motions to supplement pleadings under the same standard applicable to motions to amend. Mueller Co. v. U.S. Pipe & Foundry Co., 351 F.Supp.2d 1, 2 (D.N.H. 2005). Motions to amend are to be liberally granted in the absence of undue prejudice to the opposing party. Federal Deposit Ins. Corp. v. Consolidated Mortgage and Finance Corp., 805 F.2d 14, 16 (1st Cir. 1986).

Mr. Souza commenced this action on July 12, 2007. The complaint was served on the Plan on or about July 13, 2007. By letter dated July 18, 2007, the Plan informed Mr. Souza that it was awarding him disability pension benefits effective August 1, 2006. Mr. Souza's date of disability, however, is March 9, 2002. By the terms of the Plan, payment of disability pension benefits commences five months after the first month

in which disability begins. Mr. Souza is entitled to disability pension benefits for the period of September 1, 2002 through August 1, 2006.

Although the Plan has awarded Mr. Souza disability pension benefits, he contests the effective date of that award. Thus, the disputed benefits in this action are now limited to those benefits that should have been paid to Mr. Souza from September 1, 2002 through August 1, 2006. Mr. Souza seeks to supplement his complaint in order to reflect events that have taken place since the filing of his complaint and the change in status and posture of his claim under 29 U.S.C. §1132(a)(1)(b). See Exhibit A. No prejudice will result if the Court were to grant this motion. The case was commenced only a few weeks ago. A scheduling conference has not yet taken place. There has been no discovery.

For these reasons plaintiff Barry Souza requests that the Court grant his motion for leave to file a supplemental complaint.

/s/ Catherine A. Shaghalian
Brooks R. Magratten, No. 3585
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: August 1, 2007

CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Memorandum on August 1, 2007. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Catherine A. Shaghalian