UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY SOUZA, Plaintiff | ) | C.A. No. 07-266 S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

## SUPPLEMENTAL COMPLAINT

Plaintiff Barry Souza, by and through undersigned counsel, for his Supplemental Complaint against defendant Rhode Island Carpenters' Pension Plan (the "Plan") adopts and incorporates paragraphs 1 through 18 of his Complaint and alleges:

1. Mr. Souza commenced this action on July 12, 2007.

2. The complaint was served on the Plan on or about July 13, 2007.

3. By letter dated July 18, 2007, the Plan informed Mr. Souza that it was awarding him disability pension benefits effective August 1, 2006.

4. Mr. Souza's date of disability is March 9, 2002.

5. By the terms of the Plan, payment of disability pension benefits commences five months after the first month in which disability begins.

6. Mr. Souza is entitled to disability pension benefits effective September 1, 2002.

## COUNT I – DISABILITY PENSION BENEFITS

7. Plaintiff incorporates and realleges paragraphs 1 through 6 as if set forth fully herein.

8. As a result of end stage osteoarthritis of his left knee, Mr. Souza is unable to work as a carpenter or engage in other gainful employment. Because he was totally and permanently disabled as of March 9, 2002, as that term is defined in the SPD, he is entitled to disability pension benefits under the Plan effective September 1, 2002.

9. The decision to award Mr. Souza disability pension benefits effective August 1, 2006 is incorrect and in violation of the terms of the Plan.

10. Pursuant to 29 U.S.C. 1132(a)(1)(b), plaintiff is entitled the total amount of disability pension benefits due to him.

WHEREFORE, plaintiff requests judgment against defendant Plan awarding him:

1. Disability pension benefits under the Plan for the period September 1, 2002 through August 1, 2006 plus interest;

2. Reasonable attorneys' fees, costs, and expenses; and

3. Such further relief as the Court deems proper.

/s/ Catherine A. Shaghalian
Brooks R. Magratten, No. 3585
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: August 7, 2007

CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Supplemental Complaint on August 7, 2007. The Supplemental Complaint is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Catherine A. Shaghalian