**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff,* | : | |
| v. | : | C.A. No. 07-266S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant.* | : | |

**<u>RHODE ISLAND CARPENTERS' PENSION PLAN'S</u>**
**<u>ANSWER TO SUPPLEMENTAL COMPLAINT AND AFFIRMATIVE DEFENSES</u>**

Now comes Defendant, by and through it attorneys, and adopts and incorporates paragraphs 1 through 18 of its Answer and further states:

1. Admit

2. Admit

3. Admit

4. Deny

5. Deny

6. Deny

**<u>COUNT I – DISABILITY PENSION BENEFITS</u>**

7. Defendant incorporates its Answers to paragraphs 1 through 6 as if set forth fully herein.

8. Deny

9. Deny

10. Deny

## Prayer for Relief

WHEREFORE, Defendant respectfully requests that this Honorable Court deny and dismiss Plaintiff's Supplemental Complaint and award Defendant its attorneys' fees and costs.

Rhode Island Carpenters
Pension Fund
By its attorney,

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief may be granted.
2. Plaintiff failed to exhaust administrative remedies.
3. The Complaint is premature.
4. Plaintiff lacks standing.
5. The Complaint is moot.
6. The Complaint is barred by the applicable statute of limitations.
7. The Complaint is barred by the doctrines of waiver, estoppel and/or laches.
8. The Complaint is barred by the doctrines of res judicata and/or collateral estoppel.

Rhode Island Carpenters
Pension Fund
By its attorney,

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Supplemental Answer on August 7, 2007. The Answer is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Catherine A. Shaghalian
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ Elizabeth Wiens