UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARRY SOUZA, Plaintiff )
) C.A. No. 07-266 S
v. )
)
RHODE ISLAND CARPENTERS' )
PENSION PLAN, Defendant )

**PLAINTIFF BARRY SOUZA'S PRETRIAL CONFERENCE STATEMENT**

Pursuant to this Court's notice of July 30, 2007, plaintiff Barry Souza submits the following statement enumerating the elements that he must prove to sustain his claims against defendant. Plaintiff also provides citations to the relevant authorities upon which counsel relies.

**COUNT I – DISABILITY PENSION BENEFITS**

To prevail on his claim for disability benefits under 29 U.S.C. § 1132(a)(1)(b), plaintiff will have to prove:

1) Plaintiff has exhausted administrative remedies available under the Plan. Drinkwater v. Metropolitan Life Ins. Co., 846 F.2d 821 (1st Cir. 1988).

2) Plaintiff satisfied the terms and conditions of the Plan for an award of disability pension benefits from September 1, 2002 through August 1, 2006.

3) Defendant's decision to award plaintiff disability pension benefits from August 1, 2006 onward was incorrect and in violation of the terms of the Plan.

/s/ Catherine A. Shaghalian
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: August 28, 2007

CERTIFICATE OF SERVICE

To:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road – Suite C
North Kingstown, RI 02852

I hereby certify that I electronically filed the within Pretrial Conference Statement on August 28, 2007. The Pretrial Conference Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Catherine A. Shaghalian