**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BARRY M. SOUZA,<br>*Plaintiff,*<br><br>v.<br><br>RHODE ISLAND CARPENTERS<br>PENSION PLAN,<br>*Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-266S |

NOTICE OF APPEARANCE

I, Richard M. Peirce, hereby enter my appearance on behalf of Rhode Island Carpenters Pension Plan, in the above-entitled matter.

/s/ Richard M. Peirce

Richard M. Peirce No. 05654
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 Tel.
(401) 521-1328 FAX
rpeirce@rcpf.com

Certificate of Service

I, Richard M. Peirce, hereby certify that on January 30, 2007, I served the foregoing Notice of Appearance by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Elizabeth A. Wiens
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

/s/ Richard M. Peirce