UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff*, | : | |
| v. | : | C.A. No. 07-266S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant*. | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Rhode Island Carpenters Pension Plan, hereby moves that Christopher N. Souris be admitted Pro Hac Vice in the above case as counsel with local counsel identified below. Attorney Souris's Certification and Local Counsel's Certification as required by LR Gen 204 are attached hereto as Exhibit A.

/s/ Richard M. Peirce

Richard M. Peirce No. 05654
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 Tel.
(401) 521-1328 FAX
rpeirce@rcpf.com

Certificate of Service

I, Richard M. Peirce, hereby certify that on January 30, 2007, I served the foregoing by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Elizabeth A. Wiens
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

/s/ Richard M. Peirce

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| BARRY M. SOUZA, *Plaintiff*, | |
| v. | C.A. No. 07-266S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant.* | |

**CERTIFICATION OF ATTORNEY CHRISTOPHER N. SOURIS, FOR ADMISSION PRO HAC VICE**

I, Christopher M. Souris, certify as follows:

1. I am a member in good standing of the bars of the Commonwealth of Massachusetts and the state of New York; the United States District Courts for the District of Massachusetts, the Southern and Eastern Districts of New York, and the District of Connecticut; the United States Courts of Appeals for the First, Second, Fifth, Seventh, Eighth, Ninth, and District of Columbia Circuits; and the United States Supreme Court. My eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys, there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

3. I have never been convicted of a crime.

4. I have not been admitted or applied to be admitted pro hac vice in any case in the District of Rhode Island within the preceding twelve months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that effect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local counsel identified on the attached Motion for Admission Pro Hac Vice, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or the motion of other parties to the case.

Christopher M. Souris, BBO No. 556343
Krakow & Souris, LLC
225 Friend St.
Boston, MA 02114
Tel: (617) 723-8440
Fax: (617) 723-8443
csouris@krakowsouris.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY M. SOUZA, *Plaintiff,* | : | |
| v. | : | C.A. No. 07-266S |
| RHODE ISLAND CARPENTERS PENSION PLAN, *Defendant.* | : | |

**CERTIFICATION OF LOCAL COUNSEL**

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requires of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

s/ Richard M. Peirce

Richard M. Peirce No. 05654
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000 Tel.
(401) 521-1328 FAX
rpeirce@rcpf.com