UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARRY SOUZA, Plaintiff | ) | C.A. No. 07-266 S |
| v. | ) | |
| RHODE ISLAND CARPENTERS' PENSION PLAN, Defendant | ) | |

## DISMISSAL STIPULATION

Plaintiff and defendant hereby stipulate pursuant to Rule 41(a)(ii) to the dismissal of the complaint with prejudice, each party to bear its own costs, fees, and attorneys fees.

/s/Christopher Souris
Christopher M. Souris, Esq.
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440
(617) 723-8443 [fax]
csouris@krakowsouris.com

/s/ Catherine A. Shaghalian
Brooks R. Magratten, No. 3585
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [fax]
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

/s/ James A. Musgrave
James A. Musgrave, Esq., #6640
Richard M. Peirce, Esq., #05654
Attorneys for Defendant
Roberts, Carroll, Feldstein & Pierce
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000
(401) 521-1328 [fax]
jmusgrave@rcfp.com
rpeirce@rcfp.com

Dated: February 27, 2008